**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, Arizona 85004-1218
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane - 007435
Email: michael.lane@lane-nach.com

Attorneys for William E. Pierce, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LIGHTS LAMPS 'N MORE, LLC dba LIGHTING USA DINETTES PLUS,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2-09-bk-02128-RTB<br><br>**APPLICATION FOR PRODUCTION OF DOCUMENTS PURSUANT TO F.R.B.P. 2004** |

William E. Pierce, Trustee, by and through his attorneys undersigned, for his Application for Production of Documents Pursuant to F.R.B.P. 2004, respectfully represents as follows:

1. Debtor filed its Voluntary Petition under Chapter 7 of Title 11 on February 8, 2009.

2. William E. Pierce is the duly appointed and acting trustee in this case (hereinafter "Trustee").

3. Trustee desires to review information from Black Sapphire Revocable Trust, dated August 14, 2001, David Corbeille, Trustee and David Corbeille, individually as to acts, conduct, property, liabilities and financial condition, among other matters. The proposed examinee is a landlord and creditor of the Debtor. Exhibit "A" details the information Trustee desires to review.

4. A motion and order for a Rule 2004 examination may be made and granted ex parte, see Advisory Committee Note to Rule 2004, and without notice to examinee. See: *In re Good Hope Refineries, Inc.* 9 B.R. 421, 422 (Bankr. D.Mass. 1981). Both the debtor and "third parties" are vulnerable to the extensive discovery the rule permits. See: *In re Wilcher,* 56 B.R. 428, 434 (Bankr. N.D.Ill. 1985). The examination may include questions concerning the liabilities and financial condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the

relevance of the information sought to the continued administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.* 93 B.R. 373 378-9 (Bankr. E.D.Pa. 1988).

WHEREFORE, William E. Pierce, Trustee, respectfully requests that this Court issue its Order directing Black Sapphire Revocable Trust, dated August 14, 2001, David Corbeille, Trustee and David Corbeille, individually to produce the documents detailed in Exhibit "A" no later than the close of business on April 22, 2009 to Trustee's attorneys, Lane & Nach, P.C., 2025 North Third Street, Suite 157, Phoenix, Arizona 85004.

RESPECTFULLY SUBMITTED this 25th day of March, 2009.

**LANE & NACH, P.C.**

By /s/ MPL-007435
    Michael P. Lane
    Attorneys for Trustee

COPY of the foregoing mailed:

Dave & Renee Corbeille
6085 Michele Lane
Prescott, AZ 86303

delivered via electronic notification

Diane L. Drain
Law Office of D.L. Drain
11702 W. Camelback Rd. #264
Phoenix, AZ 85015
Email: DDrain@DianeDrain.com
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue
Phoenix, Arizona

By /s/ Stephanie Anderson

# EXHIBIT "A"

1. Copies of any and all documents related to the seizure and/or sale of any assets of debtor including without limitations:

   a) any promissory note(s) form Debtor
   b) any security agreements with Debtor
   c) inventory of any Debtor's assets seized or sold
   d) accounting of any proceeds received
   e) any notices of landlord's lien sale of Debtor's assets